UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 15 CR 345-1 |
| OMEED MEMAR, | ) | |
| | ) | Judge Leinenweber |
| Defendant. | ) | |
| | ) | |
| | ) | |

## SATISFACTION OF JUDGMENT

Judgment was entered in this case in favor of the United States of America and against

defendant Omeed Memar.  The judgment for $226,600.00 has been satisfied.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Joseph A. Stewart
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312-469-6008
joseph.stewart@usdoj.gov

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with

Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following

document:

SATISFACTION OF JUDGMENT

was served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed

within five business days of this release being filed, to the following non-ECF filers:

Omeed Memar
c/o Staes & Scallan, P.C.
53 W. Jackson Blvd., Suite #560
Chicago, Illinois 60604

By: s/ Joseph A. Stewart
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312-469-6008
joseph.stewart@usdoj.gov